# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 243507 |
|---|---|
| Trans | 151048 |

Received From:   **ROBIN MILARAII**
Case Number:
Reference Number:   CV 03-453 HG

|  | Check | 12.00 |
|---|---|---|
|  | Total | 12.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 12.00 |

|  | Total | 12.00 |
|---|---|---|
|  | Tend | 12.00 |
|  | Due | 0.00 |

05/08/2008 01:44:12 PM        Deputy Clerk:   ag/AG